UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| VICTOR CASANOVA, | : | |
| | : | Civil Action No. 09-3754 (RBK) |
| Petitioner, | : | |
| | : | |
| v. | : | **O R D E R** |
| | : | (CLOSED) |
| P. SCHULTZ, | : | |
| | : | |
| Respondent. | : | |

THIS MATTER having come before the Court by way of petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, on behalf of Petitioner Victor Casanova, and for the reasons set forth in the Opinion filed herewith,

IT IS on this  2nd  day of  March , 2010,

ORDERED that the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is DISMISSED WITHOUT PREJUDICE, for lack of subject matter jurisdiction; and it is further

ORDERED that the motions for appointment of counsel, and other various relief seeking return of legal property and a hold on his transfer to another facility (see docket entry nos. 4, 6-12), are DISMISSED as moot;

ORDERED that the Clerk shall serve a copy of this Order upon Petitioner by regular mail; and it is finally

ORDERED that the Clerk is directed to close the file accordingly without assessing any fees or costs.

s/Robert B. Kugler<br>
ROBERT B. KUGLER<br>
United States District Judge